**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
**SUITE 550**
**625 INDIANA AVENUE, N.W.**
**WASHINGTON, D.C. 20004**

**A.J. KRAMER**                                                                 Telephone (202) 208-7500
*Federal Public Defender*                                                       FAX (202) 208-7515

August 24, 2023

Mark J. Langer, Clerk
United States Court of Appeals
For the District of Columbia Circuit
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001-2866

    Re:    *United States v. Couy Griffin*, No. 22-3042

Dear Mr. Langer:

    Pursuant to Part X(D) of the D.C. Circuit's Handbook of Practice and Internal Procedures, I am writing to inform the Court of my unavailability for oral argument on October 5-6, October 10-11, and October 18-20. I respectfully request that argument not be scheduled during those times.

    Sincerely,

    _____/s/_____
    Lisa B. Wright
    Assistant Federal Public Defender

cc (via CM/ECF)
AUSA Daniel J. Lenerz