UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                              )
**UNITED STATES OF AMERICA,**     )
                              )
    **Appellee,**             )
                              )
    **v.**                    ) No. 22-3042
                              )
**COUY GRIFFIN,**                 )
                              )
    **Appellant.**            )
_____)

**APPELLANT'S UNOPPOSED MOTION FOR A TWO-DAY
EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF**

Appellant Couy Griffin, through undersigned counsel, respectfully moves this Court, pursuant to Circuit Rule 28(e), for a two-day extension of time, from September 5, 2023 to September 7, 2023, in which to file his reply brief. Oral argument has not yet been scheduled. Counsel for appellee does not oppose this request.

As grounds for this motion, undersigned counsel states:

1. On March 22, 2022, Mr. Griffin was convicted after a bench trial before the Honorable Trevor N. McFadden of knowingly entering or remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1). On June 17, 2022, Mr. Griffin was sentenced to 14 days of imprisonment and one year of supervised release.

2. Mr. Griffin filed his opening brief on June 6th and the government filed its opposition brief on July 31st.

3. On August 23rd, counsel requested a three-business-day extension, to Monday August 28th, to file the opening brief in United States v. Barrow, No. 21-3081, and consequently, a two-business day extension, to today, September 5th, to file Mr. Griffin's reply brief. Ultimately, counsel filed the Barrow brief a day late, leaving counsel with exactly a week to prepare Mr. Griffin's reply. Counsel endeavored to get the reply completed in that time but late yesterday recognized that the brief would likely not be in condition to file by today. Counsel requires at least one more day to get the reply ready for filing and, because counsel will not be able to devote all of tomorrow to finalizing Mr. Griffin's reply, is requesting an extension of two additional days, to September 7th. Counsel regrets inconveniencing the Court with this late request.

WHEREFORE, appellant respectfully asks this Court to grant this unopposed motion for two-day extension of time and to order Mr. Griffin's reply brief due on or after September 7, 2023.

```
                              Respectfully submitted,

                              A. J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                                      /s/
                              _____
                              LISA B. WRIGHT
                              Asst. Federal Public Defender
                              625 Indiana Avenue, N.W.,
                              Suite 550
                              Washington, D.C. 20004
                              (202) 208-7500
                              lisa_wright@fd.org
```

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

I hereby certify that the foregoing Motion for Extension of Time to File Reply Brief was prepared in Courier New 12-point font, a monospaced face containing no more than 10½ characters per inch, Fed. R. App. P. 32(a)(5)(B), and contains 304 words.

```
                                         /s/
                              _____
                                      Lisa B. Wright
```