# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-3042** | **September Term, 2023** |
| | 1:21-cr-00092-TNM-1 |
| | Filed On: December 4, 2023 [2029776] |

United States of America,

    Appellee

  v.

Couy Griffin,

    Appellant

**BEFORE:** Circuit Judges Pillard and Katsas, and Senior Circuit Judge Rogers

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, December 4, 2023 at 9:31 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

  Lisa Wright (FPD), counsel for Appellant.

  Daniel J. Lenerz (AUSA), counsel for Appellee.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

        BY:    /s/
                    Anne A. Rothenberger
                    Deputy Clerk