**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
**SUITE 550**
**625 INDIANA AVENUE, N.W.**
**WASHINGTON, D.C. 20004**

**A.J. KRAMER**     Telephone (202) 208-7500
*Federal Public Defender*     FAX (202) 208-7515

September 30, 2024

The Honorable Mark J. Langer, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

       Re:    *United States v. Couy Griffin*, No. 22-3042, argued on December 4, 2023, before Judges Pillard, Katsas, and Rogers

Dear Mr. Langer:

     Pursuant to FRAP 28(j), we write to advise the Court of new authority holding that 18 U.S.C. § 1752(a)(1) requires knowledge of the presence of a Secret Service protectee.

     At a hearing on September 27, 2024, in *United States v. Mauck et al.*, No. 23-cr-339 (ACR), Judge Reyes ruled, after briefing (ECF #47 at 9-16 (proposed instructions), ECF #55-57 (addressing lenity), and ECF #61-63 (addressing whether protectee's presence is jurisdictional only), and oral arguments, that in order to convict the defendants under §§ 1752(a)(1) and (a)(2), the government must prove that the defendants knew that Vice President Pence was or would be present within the §1752 restricted area.

1

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
LISA B. WRIGHT
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
lisa_wright@fd.org

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Rule 28(j) letter contains 108 words in Times New Roman 14 pt. font and does not exceed the word limit of Fed. R. App. P. 28(j).

_____/s/_____
LISA B. WRIGHT