# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 22-3042  September Term, 2024

FILED ON: OCTOBER 22, 2024

UNITED STATES OF AMERICA,
APPELLEE

v.

COUY GRIFFIN,
APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cr-00092-1)

Before: PILLARD and KATSAS, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

BY:   /s/

                        Daniel J. Reidy
                        Deputy Clerk

Date: October 22, 2024

Opinion for the court filed by Circuit Judge Pillard.
Dissenting opinion filed by Circuit Judge Katsas.