UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                )
**UNITED STATES OF AMERICA,**    )
                                )
   Appellee,                  )
                                )
   v.                         )   No. 22-3042
                                )
**COUY GRIFFIN,**                )
                                )
   Appellant.                 )
_____)

## APPELLANT'S UNOPPOSED MOTION FOR A 60-DAY EXTENSION OF TIME IN WHICH TO FILE A PETITION FOR REHEARING OR REHEARING EN BANC

    Appellant Couy Griffin, through undersigned counsel, respectfully moves this Court, pursuant to Circuit Rule 28(e), for a 60-day extension of time, from December 6, 2024 to February 4, 2025, in which to file a petition for rehearing and/or rehearing en banc. Counsel for appellee, AUSA Daniel Lenerz, does not oppose this request.

    As grounds for this motion, undersigned counsel states:

    1. On March 22, 2022, Mr. Griffin was convicted after a bench trial before the Honorable Trevor N. McFadden of knowingly entering or remaining in a restricted building or grounds in violation of 18 U.S.C.

§ 1752(a)(1). On June 17, 2022, Mr. Griffin was sentenced to 14 days of imprisonment and one year of supervised release.

2. After briefing, oral argument was heard before Judges Pillard, Katsas, and Rogers on December 4, 2023.

3. On October 22, 2024, the panel opinion issued, affirming Mr. Griffin's conviction, with Judge Katsas dissenting.

4. Counsel is currently engaged in briefing the appeal of a civil rights conviction in *United States v. Vance*, No. 24-3020, due January 10, 2025, and has a briefing date of January 16, 2025, for the sentencing appeal in *United States v. Arrington*, No. 24-3077.

5. The issues in Mr. Griffin's case are substantial and complex, resulting in a 45-page majority opinion and a 23-page dissent. Because of the importance of the legal questions at issue, counsel is requesting an additional 60 days to properly prepare his arguments for rehearing, while also working to meet this Court's deadlines in other cases.

WHEREFORE, appellant respectfully asks this Court to grant this unopposed motion for a 60-day extension of time and to order that

any petition for rehearing or rehearing en banc be filed on or before February 4, 2025.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

        /s/
        _____

        LISA B. WRIGHT
        Asst. Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500
        lisa_wright@fd.org

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

I hereby certify that the foregoing Motion for Extension of Time to File for Rehearing was prepared in Century Schoolbook proportionally spaced 14-point font, Fed. R. App. P. 32(a)(5)(A), and contains 288 words.

        /s/
        _____
        Lisa B. Wright