# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-3042**                              **September Term, 2024**

                                                                              1:21-cr-00092-TNM-1

                                                                   **Filed On:** December 5, 2024

United States of America,

        Appellee

    v.

Couy Griffin,

        Appellant

**BEFORE:**    Pillard and Katsas, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's unopposed motion for a 60-day extension of time within which to file a petition for rehearing and/or petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due by February 4, 2025.

### Per Curiam

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                               BY:    /s/
                                          Daniel J. Reidy
                                          Deputy Clerk