UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 22-3042 |
| ) | |
| **COUY GRIFFIN,** ) | |
| ) | |
| Appellant. ) | |

### APPELLANT'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME IN WHICH TO FILE A PETITION FOR REHEARING OR REHEARING EN BANC

Appellant Couy Griffin, through undersigned counsel, respectfully moves this Court, pursuant to Circuit Rule 28(e), for a 30-day extension of time, from February 4, 2025, to March 6, 2025, in which to file a petition for rehearing and/or rehearing en banc. Counsel for appellee, AUSA Daniel Lenerz, does not oppose this request.

As grounds for this motion, undersigned counsel states:

1. On March 22, 2022, Mr. Griffin was convicted after a bench trial before the Honorable Trevor N. McFadden of knowingly entering or remaining in a restricted building or grounds in violation of 18 U.S.C.

§ 1752(a)(1). On June 17, 2022, Mr. Griffin was sentenced to 14 days of imprisonment and one year of supervised release.

2. Mr. Griffin appealed and on October 22, 2024, a panel of this Court (Judges Pillard, Katsas, and Rogers) affirmed his conviction over the dissent of Judge Katsas.

3. Mr. Griffin sought and obtained an extension of time to file his petition for rehearing until February 4, 2025.

4. Pursuant to the Executive Order issued by the President on January 20, 2025, Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, counsel for the government will be filing a Motion to Vacate Conviction and Remand for Dismissal in this case.

5. Although it had been Mr. Griffin's intention to seek review from this Court en banc and, if necessary, in the United States Supreme Court, in light of this Court's grant of an identical motion in *United States v. Alberts*, No. 23-3128 (vacating judgment and remanding with instructions to dismiss case as moot), Mr. Griffin will not be opposing the government's motion to vacate his conviction and remand for dismissal.

6. In order to ensure time for the filing of the government's motion, and for this Court to rule thereon, before Mr. Griffin's time to seek rehearing expires, counsel is requesting that this Court's February 4th rehearing petition due date be extended an additional 30 days.

7. In order to be timely, this extension request should have been filed yesterday. Counsel did not fully appreciate the lead time problem until late yesterday, by which point it was too late to reach counsel for appellee as to the government's position on this motion. Counsel regrets inconveniencing the Court with this belated request.

WHEREFORE, appellant respectfully asks this Court to grant this unopposed motion for a 30-day extension of time and to order that any petition for rehearing be filed on or before March 6, 2025.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

LISA B. WRIGHT
Asst. Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
lisa_wright@fd.org

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

      I hereby certify that the foregoing Motion for Extension of Time to File for Rehearing was prepared in Century Schoolbook proportionally spaced 14-point font, Fed. R. App. P. 32(a)(5)(A), and contains 425 words.

/s/

_____

Lisa B. Wright