# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-3042**  **September Term, 2024**

1:21-cr-00092-TNM-1

**Filed On:** February 5, 2025

United States of America,

    Appellee

    v.

Couy Griffin,

    Appellant

**BEFORE:** Pillard and Katsas, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's unopposed motion for a 30-day extension of time within which to file a petition for rehearing and/or petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due by March 6, 2025.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk