UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 22-3042 |
| ) | |
| COUY GRIFFIN, ) | |
| ) | |
| Appellant. ) | |

**APPELLANT'S UNOPPOSED MOTION FOR A
30-DAY EXTENSION OF TIME IN WHICH TO FILE A
PETITION FOR REHEARING OR REHEARING EN BANC**

Appellant Couy Griffin, through undersigned counsel, respectfully moves this Court, pursuant to Circuit Rule 28(e), for a 30-day extension of time, from March 6, 2025, to April 7, 2025, in which to file a petition for rehearing and/or rehearing en banc. Counsel for appellee, AUSA Daniel Lenerz, does not oppose this request.

As grounds for this motion, undersigned counsel states:

1. On March 22, 2022, Mr. Griffin was convicted after a bench trial before the Honorable Trevor N. McFadden of knowingly entering or remaining in a restricted building or grounds in violation of 18 U.S.C.

§ 1752(a)(1). On June 17, 2022, Mr. Griffin was sentenced to 14 days of imprisonment and one year of supervised release.

2. Mr. Griffin appealed and on October 22, 2024, a panel of this Court (Judges Pillard, Katsas, and Rogers) affirmed his conviction over the dissent of Judge Katsas.

3. Mr. Griffin sought and obtained an extension of time to file his petition for rehearing until February 4, 2025.

4. After the issuance on January 20, 2025, of the Executive Order Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at Or Near the United States Capitol on January 6, 2021, counsel for the government indicated that it intended to file a Motion to Vacate Conviction and Remand for Dismissal in this case, which appellant does not intend to oppose.

5. In order to allow time for the filing and resolution of the expected motion, appellant obtained an extension to March 6, 2025, for the filing of his petition for rehearing.

6. While undersigned still expects that this matter will be resolved without further litigation, the anticipated motion has not yet been filed, and thus, in order to ensure time for the filing and

disposition of that motion before appellant's time to seek rehearing expires, counsel is requesting that the March 6th deadline be extended an additional 30 days.

WHEREFORE, appellant respectfully asks this Court to grant this unopposed motion for a 30-day extension of time and to order that any petition for rehearing be filed on or before April 7, 2025.

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

        /s/
        _____
        LISA B. WRIGHT
        Asst. Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        (202) 208-7500
        lisa_wright@fd.org

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

I hereby certify that the foregoing Motion for Extension of Time to File for Rehearing was prepared in Century Schoolbook proportionally spaced 14-point font, Fed. R. App. P. 32(a)(5)(A), and contains 351 words.

        /s/
        _____
        Lisa B. Wright