# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-3042**  **September Term, 2024**

1:21-cr-00092-TNM-1

**Filed On:** March 19, 2025

United States of America,

    Appellee

    v.

Couy Griffin,

    Appellant

**BEFORE:** Pillard and Katsas, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time within which to file a petition for rehearing or petition for rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due one week from this Court's disposition of the government's motion to vacate conviction and remand for dismissal.

**Per Curiam**

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY: /s/
    Daniel J. Reidy
    Deputy Clerk