# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-3042

September Term, 2025

1:21-cr-00092-TNM-1

**Filed On:** March 19, 2026

United States of America,

        Appellee

    v.

Couy Griffin,

        Appellant

**BEFORE:**    Pillard and Katsas, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellee's motion to vacate conviction and remand for dismissal, appellant's response thereto combined with a motion to vacate panel opinion, appellee's response and reply, and appellant's reply, it is

**ORDERED** that the judgment of the district court be vacated and the case be remanded with instructions to dismiss the case as moot. See United States v. Schaffer, 240 F.3d 35, 37-38 (D.C. Cir. 2001) (en banc). It is

**FURTHER ORDERED** that the motion to vacate the panel opinion be denied.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Daniel J. Reidy
        Deputy Clerk