# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3042**                                    **September Term, 2025**

**1:21-cr-00092-TNM-1**

**Filed On:** June 10, 2026

United States of America,

       Appellee

    v.

Couy Griffin,

       Appellant


**BEFORE:**   Pillard and Katsas, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

    Upon consideration of appellant's petition for panel rehearing filed on May 1, 2026, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                 **FOR THE COURT:**
                 Clifton B. Cislak, Clerk

        BY:   /s/
                 Daniel J. Reidy
                 Deputy Clerk