# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 22-3042

September Term, 2025

1:21-cr-00092-TNM-1

**Filed On:** June 10, 2026

United States of America,

   Appellee

  v.

Couy Griffin,

   Appellant

**BEFORE:**   Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

## Per Curiam

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk
   BY:  /s/
        Daniel J. Reidy
        Deputy Clerk