# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-3042**  **September Term, 2022**

1:21-cr-00092-TNM-1

Filed On: June 1, 2023 [2001629]

United States of America,

    Appellee

  v.

Couy Griffin,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 6, 2023 |
| Appendix | June 6, 2023 |
| Appellee's Brief | July 10, 2023 |
| Appellant's Reply Brief | July 31, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Louis Karl Fisher
Deputy Clerk