UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────────

No. 22-3042

───────────────

UNITED STATES OF AMERICA,                   Appellee,

    v.

COUY GRIFFIN,                                Appellant.

## APPELLANT'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to D.C. Circuit Rule 27(h), appellant, the United States of America, respectfully moves this Court to modify the briefing schedule so that the government's brief is due July 31, 2023, and appellant Couy Griffin's reply brief is due August 31, 2023. The government's brief is currently due on July 7, 2023, and Griffin's reply brief is due July 31, 2023. This is the government's first request for an extension. The undersigned has contacted Lisa B. Wright, Esq., Griffin's attorney, and she has stated that she consents to this request.

As grounds for this motion, appellee states that the undersigned AUSA, to whom this matter is assigned, will be unable to complete the

government's brief by the current due date due to the press of other appellate business. Griffin filed his brief on June 6, 2023. On June 8, 2023, the undersigned filed a responsive pleading in *United States v. Pope*, No. 23-3063 (D.C. Cir.). On June 14, the undersigned presented oral argument in *Honkala v. United States*, No. 19-CM-553 (D.C.C.A.). And on June 30, 2023, the undersigned filed a lengthy brief in *Green v. United States*, No. 19-CF-546 (D.C.C.A.). The undersigned thus respectfully requests a three-week extension of time to file the government's brief in this case.

Green's counsel does not oppose this request. Due to an already scheduled vacation, however, she requests that the Court extend her time in which to file a reply brief to August 31, 2023. The government does not oppose that request, and thus asks the Court to modify the briefing schedule so that the government's brief is due July 31, 2023, and Griffin's reply brief is due August 31, 2023.

## Conclusion

WHEREFORE, the government respectfully requests that this Court modify the briefing schedule so that the government's brief is due July 31, 2023, and Griffin's reply brief is due August 31, 202.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
DANIEL J. LENERZ
D.C. Bar #888283905
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Daniel.Lenerz@usdoj.gov
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing Entry of Appearance to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Lisa B. Wright, Esq., Federal Public Defender for the District of Columbia, 625 Indiana Avenue NW, Suite 550, Washington, D.C. 20004, on this 3rd day of July, 2023.

/s/
DANIEL J. LENERZ
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion contains 318 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
DANIEL J. LENERZ
Assistant United States Attorney